| | |
|---|---|
| DISTRICT COURT, COUNTY OF MONTEZUMA<br>STATE OF COLORADO<br>865 N. Park ST.<br>Cortez, Colorado 81321<br>(970) 565-1111 | DATE FILED: July 22, 2021 8:01 AM<br>FILING ID: FE879B038886A<br>CASE NUMBER: 2021CV30033 |
| **Plaintiff: CARLTON BO JOHNSON**<br><br>Vs.<br><br>**Defendant: ALISAM ENTERPRISES, LLC, d/b/a PLAINS TRANSPORTIATION, a Texas Limited Liability Company, and NOEL ELIAS** | ^COURT USE ONLY^<br>Case Number:<br><br>Div                Ctrm.: |
| **Attorneys for Plaintiff:**<br>Kelly R. McCabe, #10259<br>Keenen D. Lovett, #47178<br>Bryson C. McCabe. #50873<br>KELLY R. McCABE, P.C.<br>22 E. Main St., P.O. Box 1296<br>Cortez, CO 81321<br>Telephone: (970) 565-7209<br>Facsimile: (970) 565-6355 | |
| **COMPLAINT** | |

COMES NOW the Plaintiff, by and through his attorney Kelly R. McCabe of Kelly R. McCabe, P.C., and for their Complaint against the Defendant state and allege as follows:

GENERAL ALLEGATIONS

1. Plaintiff, Carlton Bo Johnson, is an individual resident of the County of Montezuma, State of Colorado.

2. Defendant, Noel Elias, is an individual resident of the County of Curry, State of New Mexico, and was operating a motor vehicle in the County of Montezuma at the time of the accident which is the subject matter of this action.

3. Defendant, Alisam Enterprises, LLC d/b/a Plains Transportation (hereinafter "Alisam") is a limited liability company organized under the laws of the State of Texas with its principal place of business located at 6699 S. Washington Street, Amarillo, Texas 79118. Alisam Enterprises, LLC is authorized to do and is doing business in the State of Colorado. Alisam is, upon information and belief, the employer of Noel Elias at all times relevant to the allegations set forth in this Complaint.

EXHIBIT A

4.	Defendant, Noel Elias, was an employee of Alisam Enterprises, LLC acting within the course and scope of his employment with Alisam Enterprises, LLC at the time of the June 16, 2019 accident. Mr. Elias recklessly and negligently drove a semi-truck and crossed into oncoming traffic, striking Plaintiff's vehicle as more particularly described below.  Defendant Alisam Enterprises, LLC, as the employer of defendant Elias, is vicariously liable for the acts of defendant Elias.

5.	The automobile accident, which is the subject matter of this Complaint, occurred in the County of Montezuma and the State of Colorado on June 16, 2019.

FIRST CLAIM FOR RELIEF

6.	Plaintiffs incorporates by reference paragraphs 1 through 5 as if fully set forth herein.

7.	On or about June 16, 2019 at approximately 9:00 p.m. at the intersection of South Broadway and Main Street in Cortez, County of Montezuma, State of Colorado the Defendant, Noel Elias, carelessly and negligently failed to yield the right-of-way to Plaintiff and Plaintiff's vehicle as he proceeded through a flashing yellow arrow light, northbound on Highway 491 and pulled out directly in front of Plaintiff's vehicle. Plaintiff was traveling westbound on Main Street, with the green light right-of-way at the intersection of Main Street and Highway 491. Defendant failed to observe Plaintiff's vehicle and pulled out in front of Plaintiff causing Plaintiff to forcibly collide with Defendant's vehicle.

8.	The Plaintiff was properly and legally seat belted into his vehicle and was obeying all traffic rules, laws and regulations relevant to the operation of the motor vehicle at the time of the accident.

9.	Defendant, Noel Elias, was operating his vehicle in violation of Colorado Statute C.R.S. 42-4-1402(2), Careless Driving Causing Bodily Injury, at the time of the accident, which violation was the proximate cause of the accident and Plaintiff's injuries and damages and Defendant is therefore negligent as a matter of Law.

10.	As a direct and proximate result of the negligence of the Defendant, Noel Elias, Plaintiff, Carlton Bo Johnson was injured and sustained permanent, severe and substantial damages to his body including, but not by way of limitation, sternal fractures, rib fractures, pulmonary contusions in the right left, injuries to his right hip, fractures to his left foot and big toe, and a closed head injury resulting in cognitive impairment, and other injuries, whereby he was obligated to receive hospital intensive care and other immediate medical care and treatment and will require in the future medical care and treatment.

11.	 As a direct and proximate result of the negligence of Defendant, Noel Elias, and vicariously his employer Alisam Enterprises, LLC Plaintiff will suffer a loss of future earning capacity.

12.	Plaintiff has incurred medical expenses following the accident and Plaintiff will incur future medical expenses as a result of the injuries, damage to property, loss of past earnings and future earning capacity, together with additional damages, both special and general, in an amount to be determined by the trier of fact.

13.	All of the injuries, losses, damages, past, present and prospective to Plaintiff was, are and will be due to the negligence and carelessness of the Defendant, Noel Elias and Defendant Alisam Enterprises, LLC vicariously, without any negligence on the part of the Plaintiff thereto contributing.

**EXHIBIT A**

WHEREFORE, Plaintiff requests judgment against the Defendants for the above-described damages as may be established at trial in amounts to be determined by the trier of fact, together with interest in accordance with Colorado statute, attorney fees, costs, and such other relief as the Court deems appropriate.

PLAINTIFF FURTHER REQUESTS THAT THIS MATTER BE TRIED TO A JURY.

         Respectfully Submitted,

         KELLY R. McCABE, P.C

        By: */s/ Kelly R. McCabe*
         Kelly R. McCabe    #10259

Plaintiff's Address:
c/o 22 E. Main St.
Cortez, CO 81321

**EXHIBIT A**